UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA BURRIS,

      Plaintiff,                              Case No. 6:25-cv-1072-WWB-LHP

v.

TRANS UNION LLC;

      Defendant.
_____/

**DEFENDANT TRANS UNION, LLC'S ANSWER TO
PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through its counsel of record, and hereby files its Answer and Defenses to Plaintiff's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

**JURISDICTION AND VENUE**

1. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

2. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

## PARTIES

3.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

4.      Trans Union admits that it is a Delaware limited liability company with its principal place of business in Chicago, Illinois.

## DEMAND FOR JURY TRIAL

5.      Trans Union admits that Plaintiff demands a jury and objects to the extent that any of the issues demanded are not so triable.

## ALLEGATIONS

6.      Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.  Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

7.      Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.  Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

8.      Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.  Trans

Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

9.     Trans Union denies the allegations contained in this paragraph.

10.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans Union, which has the effect of a denial under Rule 8(b)(5). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

11.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans Union, which has the effect of a denial under Rule 8(b)(5). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

12.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans Union, which has the effect of a denial under Rule 8(b)(5). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

13.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans

Union, which has the effect of a denial under Rule 8(b)(5).  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

14.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans Union, which has the effect of a denial under Rule 8(b)(5).  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

15.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans Union, which has the effect of a denial under Rule 8(b)(5).  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

16.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations as they apply to Trans Union, which has the effect of a denial under Rule 8(b)(5).  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

17.     Trans Union denies the allegations contained in this paragraph.

18.     Trans Union states that it lacks knowledge or information at this time

sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

19. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

20. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

21. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

22. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

23. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

24. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

25. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

26. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

27. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

28. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

29. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

30. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

31. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect

of a denial under Rule 8(b)(5).

32. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

33. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

34. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

35. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

36. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

37. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

38. Trans Union states that it lacks knowledge or information at this time

sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

39.  Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

40.  Trans Union denies the allegations contained in this paragraph.

41.  Trans Union denies the allegations contained in this paragraph.

42.  Trans Union denies the allegations contained in this paragraph.

43.  Trans Union denies the allegations contained in this paragraph.

44.  Trans Union denies the allegations contained in this paragraph.

45.  Trans Union denies the allegations contained in this paragraph.

46.  Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

47.  Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

## COUNT 1
## WILLFUL AND, IN THE ALTERNATIVE, NEGLIGENT VIOLATION OF 15 U.S.C. § 1681e(b)

48.  Trans Union reasserts its answers and responses set forth herein.

49. Trans Union denies the allegations of this paragraph.

50. Trans Union denies the allegations of this paragraph.

51. Trans Union denies the allegations of this paragraph.

52. Trans Union denies the allegations of this paragraph.

53. Trans Union denies the allegations of this paragraph.

54. Trans Union denies the allegations of this paragraph.

55. Trans Union denies the allegations of this paragraph.

56. Trans Union denies the allegations of this paragraph.

57. Trans Union denies the allegations of this paragraph.

58. Trans Union denies the allegations of this paragraph.

59. Trans Union denies the allegations of this paragraph.

60. Trans Union denies the allegations of this paragraph.

61. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT 2
## WILLFUL AND, IN THE ALTERNATIVE, NEGLIGENT VIOLATION OF
## 15 U.S.C. § 1681i

62. Trans Union reasserts its answers and responses set forth herein.

63. Trans Union denies the allegations of this paragraph.

64. Trans Union denies the allegations of this paragraph.

65. Trans Union denies the allegations of this paragraph.

66. Trans Union denies the allegations of this paragraph.

67. Trans Union denies the allegations of this paragraph.

68. Trans Union denies the allegations of this paragraph.

69. Trans Union denies the allegations of this paragraph.

70. Trans Union denies the allegations of this paragraph.

71. Trans Union denies the allegations of this paragraph.

72. Trans Union denies the allegations of this paragraph.

73. Trans Union denies the allegations of this paragraph.

74. Trans Union denies the allegations of this paragraph.

75. Trans Union denies the allegations of this paragraph.

76. Trans Union denies the allegations of this paragraph.

77. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT 3
## WILLFUL AND, IN THE ALTERNATIVE, NEGLIGENT VIOLATION OF 15 U.S.C. § 1681g(a)

78. Trans Union reasserts its answers and responses set forth herein.

79. Trans Union denies the allegations of this paragraph.

80. Trans Union denies the allegations of this paragraph.

81. Trans Union denies the allegations of this paragraph.

82. Trans Union denies the allegations of this paragraph.

83. Trans Union denies the allegations of this paragraph.

84. Trans Union denies the allegations of this paragraph.

85. Trans Union denies the allegations of this paragraph.

86. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## DEFENSES

1. Without admitting the burden of proof, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4. Trans Union at all times acted in compliance with the FCRA.

5. Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

11

6. Any statement made by Trans Union regarding Plaintiff was true or substantially true.

7. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of filing.

8. To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

9. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Dated: July 11, 2025

Respectfully submitted,

*/s/ Victor Silva*
Victor Silva, Esq.
Fla. Bar No.: 1059856
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
Tel: 813-222-1155
Fax: 813-222-8189
Email: victor.silva@bipc.com
**Counsel for Defendant Trans Union, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Victor Silva*
**Counsel for Defendant Trans Union, LLC**